NOVEMBER 1, 1956

**Reap. Dec. 8699.**——*Bunge Corporation* v. *United States.* Entered at New York, N. Y. [Not published.] Motion by plaintiff.